UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MADSEN, et al.,

    Plaintiffs,

v.

SOUND-RITE PLASTICS, LTD., et al.,

    Defendants.

C17-1879 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion for extension, docket no. 12, is GRANTED as follows. The deadline for defendants to file a responsive pleading or motion is EXTENDED to February 2, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of January, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1